UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| ANTONIO FONTAINE, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:20-CV-220-TAV-HBG |
| TONY PARKER, DOUGLAS STEPHENS, MIKE PARRIS, and JANE JONES, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum and order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED**.

Further, it is **CERTIFIED** that any appeal from this order would not be taken in good faith, and therefore, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT